JEANNETTE M. MILCH, Appellant, v. VICTOR W. MILCH, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JEANNETTE M. MILCH, Appellant, v. VICTOR W. MILCH, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELLEN SHAW BARLOW, Respondent, v. PETER SCHMUCK, as Presiding Justice of the City Court of the City of New York, and Others, Appellants, Impleaded with WILLIAM J. TOUMEY, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LILLIAN STRUMPH, Appellant, v. ISADORE N. STRUMPH, Respondent.— Order reversed and motion granted. Pending the trial the defendant is relieved from payment of temporary alimony to the plaintiff. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL SULTAN, Respondent, v. JULIUS CORN, Appellant,*— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JULIUS C. BERNHEIM, Respondent, v. SAM SAMUELS, Defendant, Impleaded with JOSEPH LEBLANG, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK DEK. HUYLER and Others, Respondents, v. THOMAS JEFFERSON GAINES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK DEK. HUYLER and Others, Respondents, v. THOMAS JEFFERSON GAINES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ENDICOTT JOHNSON CORPORATION, Respondent, v. ALEXANDER FOLDESY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell and McAvoy, JJ., dissent.

INEZ L. EATON, Appellant, v. EMERY W. EATON, Respondent.— Order reversed, with $10 costs and disbursements, and motion granted; alimony fixed at $40 per week, and counsel fee at the sum of $200 payable in two installments of $100 each, the first on service of the order to be entered hereon and the second at the time of trial. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY KARTON, Individually and as a Stockholder of DERMAY, INC., a Domestic Corporation, etc., Appellant, v. ARTHUR BAUM and Another, Individually and as Directors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EMPIRE BRICK AND SUPPLY COMPANY, Respondent, v. COLKAUF CONSTRUCTION CORPORATION and Others, Defendants, Impleaded with MAX HELFAND, Appellant.— Order modified by striking out the items numbered 10 and 11 thereof, and as so modified affirmed, with ten dollars costs and disbursements to respondent.

---

* Appeal dismissed, 248 N. Y. 580.